# COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff)

Daiviontae Tyrell Johnson

v.

Case Number:

(Full name of defendant(s))

Christopher Schmaling, Sheriff
Capt. Bradley Friend
C.O. Trevor Trello

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of Wisconsin, and is located at
   (State)
   Waupun Correctional Institution PO Box 351, Waupun WI 53963
   (Address of prison or jail)

2. Defendant Christopher Schmaling, Capt Bradley Friend, CO. Trevor Trello
   (Name)
   is (if a person or private corporation) a citizen of Wisconsin
   (State, if known)
   and (if a person) resides at Racine County Jail 717 Wisconsin Ave Racine WI 53403
   (Address, if known)

Complaint – 1

and (if the defendant harmed you while doing the defendant's job)

worked for <u>Racine County Jail, 717 Wisconsin Ave Racine WI 53403</u>
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Christopher Schmaling, Capt. Bradley Friend, CO Trevor Trello, Failure To Protect, Cruel an Unusally Punishment, Assesful Froce, On December 2 2021 At Approximately, 1715 Hours, In Racine County Jail on 3D Seg, I Daviontae Johnson wass Assaulted By A Inmate Due To Inmate cell Door An Dayroom Door Being propped By Inmate. I Daviontae Johnson was order By CO Trevor Trello To come out my Cell An Recive my Dinner Tray From Seg common Area main Door. At This Time A Inmate came out To Assaulted me. The Rules In Seg are 1 Inmate out of cell In Seg common Area At a Time. I Daviontae Johnson ask CO Trevor Trello At small Dayroom Door Dayroom. 6

Complaint – 2

Where I Daiviontae Johnson was Housed In Racine county Jail In Seg on December 2 2021 At Approximately 8:00pm – 8:30pm While Office Trevor Trello Body worn camer was on, How This Assault Happen, which officer Trello Stated (He Fxxx up Because Inmate Had His Door propped An Didnt Pay Attention to Sererity Stemey If all Doors were Secured. I Daiviontae Johnson Then wrote a grievance on The Situtation To Sgt Morris who was The Sgt on 2nd Shift on December 2 2021, How Did This Happen which lead me To Being Assaulted when I was order to Come out my cell An Recive my Dinner Tray. Grievance Wrote on December 4 2021, I Daiviontae Johnson Didnt Recive a Respone until 1/16/22 which stated It would Be looked Into By a Deputy. I Daiviontae Johnson wrote To LT yon An Ask How Did This Happen which lead me to Being Assaulted on December 8 2021 But Never Recive a Respone. I Daiviontae Johnson Then wrote a grievance To capt Friend an ask How Did This Happen which lead up to me Being Assaulted on December 10 2021 An all He Stated That Incident will Be Looked Into. I Daiviontae Johnson would like To use Disciplinary Report as evidence I would like to use Seg common Area cameras, Body worn camer of CO Trevor Trello, The Hearing Dispositions comments An Desion on Sgt Amiehel Anderson. Incident # 21-002405. Due To Being Assaulted I Daiviontae Johnson Suffer From PTSD / Anxity Trouble with my eyes which cause me wear glasses Now. I wasn't pose to Be Sprayed with OC Spray Due to medical condition I Daiviontae Johnson Have Asma!

C. JURISDICTION

[X] I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I would like to be award 5 million Dollars all medical Bills paid for pretanding to my eyes, I would like officer Trevor Trello to be Band From working in the Racine county Jail. I would like the Sercurity stetemy to be update to prevent another Inmate From Being assaulted, while House In seg. I would like Staff in The Racine county Jail Be Band From Spraying OC Spray on Inmates with Asma. Please, An Thank you For Hearing my Story!

Complaint – 4

Case 2:22-cv-00849-PP   Filed 07/26/22   Page 4 of 5   Document 1

E.  JURY DEMAND

I want a jury to hear my case.

☒ – YES  ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __25__ day of __July__ 20_22_.

Respectfully Submitted,

_Daurontae Johnson_
Signature of Plaintiff

_706838_ #
Plaintiff's Prisoner ID Number

_Waupun Correctional Institution_
_PO Box 351 Waupun WI 53963_
(Mailing Address of Plaintiff)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☒ I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐ I DO NOT request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5